UNITED STATES of America,
Plaintiff—Appellee,

v.

Pablo LUNA–MOTA, Defendant—
Appellant.

No. 00–50294.

D.C. No. CR–99–01289–GHK.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002 *.

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM **

Pablo Luna–Mota appeals his conviction by guilty plea and sentence for being an

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

illegal alien found in the United States following deportation in violation of 8 U.S.C. § 1326. Luna–Mota's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that counsel failed to discover any arguable issue on appeal. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. Counsel's motion to withdraw is therefore GRANTED and the judgment is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.